Case 4:24-cv-01142   Document 17   Filed on 11/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERONICA GISSELLE SCHAEFER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-24-01142 |
| | § | |
| DAVID SIMPSON | § | |
| HARRIS COUNTY IV-D AGENCY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

This court has reviewed the Memorandum and Recommendation of Judge Richard W. Bennett signed on September 24, 2024. (Docket Entry No. 16). This court has made a *de novo* determination. FED R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. Based on the record, the parties' briefs, and the applicable law, the court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that: (1) the complaint does not state a constitutional or federal statutory violation; and (2) there is no diversity of citizenship. The complaint is dismissed for failure to state a claim. The dismissal is with prejudice because amendment would be futile.

SIGNED on November 4, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge